JONATHAN ALLAN KLEIN (State Bar No. 162071)
JOSHUA M. HENDERSON (State Bar No. 197435)
KELLY, HERLIHY & KLEIN LLP
44 MONTGOMERY STREET, SUITE 2500
SAN FRANCISCO, CALIFORNIA 94104
Telephone:   415/951-0535
Facsimile:   415/391-7808
jaklein@kelher.com
jhenderson@kelher.com

Attorneys for Defendant RITE AID
CORPORATION (erroneously sued
as "Right Aid Corporation")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS TORRES,<br><br>    Plaintiff,<br>v.<br><br>RIGHT AID CORPORATION<br><br>    Defendants. | Case No. C-05-02136 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**<br><br>**ADR CERTIFICATION** |

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS

CASE NO.: C 05-02136 WHA

1

The parties stipulate to participate in the following ADR process:

**Court Processes:**

___ Arbitration     ___ ENE     XX Mediation

**Private Process:**

___ Private ADR

Dated: August 11, 2005          KELLY, HERLIHY & KLEIN, LLP

JONATHAN ALLAN KLEIN
JOSHUA M. HENDERSON
Counsel for Defendant RITE AID CORPORATION
(erroneously sued as "Right Aid Corporation")

Dated: August 11, 2005          THOMAS N. STEWART, III

THOMAS N. STEWART, III
Counsel for Plaintiff

**IT IS SO ORDERED**

Dated: August 15, 2005          _____
                                 Judge William Alsup
                                 UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER                CASE NO.: C 05-02136 WHA
SELECTING ADR PROCESS
                                 2

SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Dated: August 11, 2005

JESUS TORRES, Plaintiff

Dated: August 11, 2005

THOMAS N. STEWART, III
Counsel for Plaintiff

Dated: August ___, 2005

JAMES COMITALE
For RITE AID CORPORATION, Defendant

Dated: August ___, 2005

JONATHAN ALLAN KLEIN
JOSHUA M. HENDERSON
Counsel for Defendant RITE AID CORPORATION
(erroneously sued as "Right Aid Corporation")

STIPULATION AND [PROPOSED] ORDER                          CASE NO.: C 05-02136 WHA
SELECTING ADR PROCESS
                                         3

1  SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

3  Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Dated: August ___, 2005

JESUS TORRES, Plaintiff

Dated: August ___, 2005

THOMAS N. STEWART, III
Counsel for Plaintiff

Dated: August 11, 2005

JAMES COMITALE
For RITE AID CORPORATION, Defendant

Dated: August 11, 2005

JONATHAN ALLAN KLEIN
JOSHUA M. HENDERSON
Counsel for Defendant RITE AID CORPORATION
(erroneously sued as "Right Aid Corporation")

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS

CASE NO.: C 05-02136 WHA

3