1

2

3

4

5

6                                  IN THE UNITED STATES DISTRICT COURT

7

8                                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   JESUS TORRES,                                         No. C 05-02136 WHA

11                     Plaintiff,

12        v.                                               **ORDER DENYING REQUEST TO
                                                           CONTINUE MEDIATION
13   RITE AID CORPORATION,                                 DEADLINE**

14                     Defendant.

15   _____/

16            The parties seek an extension in their mediation deadline of November 23, 2005, based

17   upon their desire to engage in mediation with the benefit of the Court's rulings on their

18   anticipated motions for partial summary judgment.  Those motions are scheduled for hearing on

19   January 19, 2006.

20            On October 17, 2005, the Court extended the deadline to file those motions.  The Order

21   stated that the "[t]his continuation shall not be used as the basis for extending any other

22   deadlines in this case."  Two days later, the parties filed the request to delay the mediation

23   deadline, indirectly seeking to bootstrap the extension in the motions deadline to delay the

24   mediation.  The joint request to continue the mediation deadline therefore is **DENIED**.

25            **IT IS SO ORDERED.**

26

27   Dated:  November 8, 2005.

28                                                         _____
                                                           WILLIAM ALSUP
                                                           UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California