IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS TORRES, | No. C 05-02136 WHA |
| Plaintiff, | |
| v. | **ORDER RE FURTHER EVIDENCE** |
| RITE AID CORP., | |
| Defendant. | |

     Plaintiff and defendant are **ORDERED** to submit evidence of whether the Rite Aid store in Pittsburg that is the subject of this case was designed and constructed for first occupancy after January 26, 1993, within the meaning of 42 U.S.C. 12183(a)(1) and 28 C.F.R. 36.401(a). This order recognizes that plaintiff already submitted evidence that a building permit was issued in 1989. This is not, however, necessarily dispositive. The building may still have been designed and constructed for first occupancy after January 26, 1993, within the meaning of the statute and regulations, if, after that date, the city issued the building's first certificate of occupancy *and* there was *either* another application for a building permit or an application for a building permit extension. *See* 28 C.F.R. 36.401(a)(2).

     The parties also are **ORDERED** to submit evidence on whether or not any alteration of the *structure* of the aisles or permanent shelving of the store — excluding the protruding objects at issue in this case or any other moveable items — began after January 26, 1992.

This **EVIDENCE IS DUE BY NOON, MARCH 2, 2006**.  The evidentiary order given orally at the motions hearing is rescinded.  Defendant is not subject to this order if production of this evidence is contrary to its interests in this case.

**IT IS SO ORDERED.**

Dated:  January 19, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE