1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JESUS TORRES,                                    No. C 05-02136 WHA

       Plaintiff,

  v.                                                **CORRECTED ORDER RE**
                                                 **FURTHER EVIDENCE (changing**
RITE AID CORP.,                                  **due date)**

       Defendant.
_____/

     Plaintiff and defendant are **ORDERED** to submit evidence of whether the Rite Aid store

in Pittsburg that is the subject of this case was designed and constructed for first occupancy

after January 26, 1993, within the meaning of 42 U.S.C. 12183(a)(1) and 28 C.F.R. 36.401(a).

This order recognizes that plaintiff already submitted evidence that a building permit was issued

in 1989.  This is not, however, necessarily dispositive.  The building may still have been

designed and constructed for first occupancy after January 26, 1993, within the meaning of the

statute and regulations, if, after that date, the city issued the building's first certificate of

occupancy *and* there was *either* another application for a building permit or an application for a

building permit extension.  *See* 28 C.F.R. 36.401(a)(2).

     The parties also are **ORDERED** to submit evidence on whether or not any alteration of

the *structure* of the aisles or permanent shelving of the store — excluding the protruding objects

at issue in this case or any other moveable items — began after January 26, 1992.

1      This **EVIDENCE IS DUE BY NOON, FEBRUARY 2, 2006**.  The evidentiary order given

2 orally at the motions hearing is rescinded.  Defendant is not subject to this order if production of

3 this evidence is contrary to its interests in this case.

4      **IT IS SO ORDERED.**

5

6 Dated:  January 19, 2006

7                                WILLIAM ALSUP
                               UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2